Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the

_____ District of _____

_____ Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR - 1 2018

BY_____ ARTHUR JOHNSTON _____ DEPUTY

Kimberly Edwards
_____
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Freds Pharmacy / Wal-Mart Pharmacy
_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:18cv 134. DPJFKB

(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimberly Edwards |
| Street Address | 184 Kings Drive P.O. Box 312 |
| City and County | Pickens, Holmes |
| State and Zip Code | MS 39146 |
| Telephone Number | 662-468-0937 |
| E-mail Address | rebelkimber@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

Name Freds Pharmacy

Job or Title *(if known)* pharmacy

Street Address 301 Yazoo St. Lexington, Ms 39095

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name Wal-Mart Pharmacy (canton)

Job or Title *(if known)* Pharmacy

Street Address 244 Feather lane

City and County Canton, Madison

State and Zip Code Ms, 39046

Telephone Number (601) 761-6002

E-mail Address *(if known)*

Defendant No. 3

Name Wal-Mart pharmacy (Ridgeland)

Job or Title *(if known)* Pharmacy

Street Address 815 S Wheatley Street

City and County Ridgeland

State and Zip Code MS, 39157

Telephone Number (601) 956-1466

E-mail Address *(if known)*

Defendant No. 4

Name Freds Pharmacy

Job or Title *(if known)*

Street Address

City and County Canton, Madison

State and Zip Code MS 39046

Telephone Number

E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*      Kimberly Edwards                                    , is a citizen of the

State of *(name)*    Mississippi                              .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*                                                            , is incorporated

under the laws of the State of *(name)*        Mississippi                                    ,

and has its principal place of business in the State of *(name)*

.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*                                          , is a citizen of

the State of *(name)*                                    . Or is a citizen of

*(foreign nation)*                                .

2.    If the defendant is a corporation

The defendant, *(name)*                                          , is incorporated under

the laws of the State of *(name)*                            , and has its

principal place of business in the State of *(name)*                              .

Or is incorporated under the laws of *(foreign nation)*                              ,

and has its principal place of business in *(name)*                              .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____ 30,000,000.00 _____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Freds Pharmacy have lied about me not having enough points to get all my meds + the Pharmacist even, upped my dosage from 1 pill a day to 3x's a day on my high blood pressure medicine with out the doctors consent.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Wal-Mart Pharmacies both locations have refused to give me my meds saying I had gotten too many for the month. As a result I was walking around in pain, ankles swollen blood pressure in the 200's at stroke level. damages relief asking $ 30,000,000.00 a piece.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  1/19/2018

Signature of Plaintiff  *Kimberly Edwards*

Printed Name of Plaintiff  *Kimberly Edwards*

### B. For Attorneys

Date of signing:  1/19/2018

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____